wagon and was killed. Judgment for defendant, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

DOROTHY MOLLOY, Respondent, v. LEO E. FLYNN, INC., Appellant, and VIRGIL P. ETTINGER and Another, Respondents.— Action to recover damages for personal injuries sustained by plaintiff as the result of a collision between the motor car in which she was riding, owned by defendant Virgil P. Ettinger and operated by defendant Muriel C. Ettinger, and the motor truck of the defendant Leo E. Flynn, Inc. Judgment in favor of plaintiff and against defendant Leo E. Flynn, Inc., in the sum of $5,316.30 and costs, and in favor of defendants Ettinger as against the plaintiff. Appeal by corporate defendant only. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

WALTER C. MURTHA, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION and Another, Appellants.— Action to recover damages sustained by plaintiff by tripping or falling over a carbonic gas tank being pushed by an employee of defendant Collier Service Corporation over a subway station platform controlled by defendant New York Rapid Transit Corporation, at a place on the platform directly in front of the doors of a train of defendant railroad company, from which plaintiff, a passenger thereon, alighted. Appeal from judgment in plaintiff's favor. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

JOHN NORMANDY, an Infant, by JOHN NORMANDY, His Guardian ad Litem, and JOHN NORMANDY, Respondents, v. ROSOFF SUBWAY CONSTRUCTION COMPANY, Appellant.— A trolley car struck a pile of planks that had been placed too close to the tracks by defendant's employees, and one of the planks, thrown from the pile, hit the infant plaintiff, who was playing alongside. Action by the infant plaintiff to recover for personal injuries and by his father to recover for expenses and loss of services. Judgment in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Young, Carswell, Scudder and Davis, JJ.; Hagarty, J., not voting.

ADRIAN M. POTTER, Appellant, v. MORRIS DIAMOND and Others, Respondents. (Action No. 1.) — In an action for an accounting, order denying plaintiff's motion to vacate the judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

ADRIAN M. POTTER, Appellant, v. MORRIS DIAMOND and Others, Respondents. (Action No. 2.)*— In an action to set aside deeds, to obtain an accounting of the proceeds thereof, and for the appointment of a receiver of the rents and profits, order denying plaintiff's motion to set aside the judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY BARTHOLDI, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of a violation of the Alcoholic Beverage Control Law, reversed on the law and the facts and a new trial ordered. The guilt of the defendant was not proved beyond a reasonable doubt. Lazansky, P. J., Young, Scudder and Tompkins, JJ., concur; Davis, J., dissents and votes to affirm.

* Leave to appeal denied, 266 N. Y. 635.